IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERRICK JORDAN,
    Plaintiff,

vs.                                      Case No. 5:10cv98/RS/EMT

UNKNOWN OFFICER, et al.,
    Defendants.
_____/

**ORDER**

The court is in receipt of Plaintiff's response to its order to show cause (*see* Docs. 7, 9). In light of his response, Plaintiff shall be given thirty (30) additional days in which to submit the initial partial filing fee in the amount of $9.54.

Accordingly, it is **ORDERED**:

1. Within **THIRTY (30) DAYS** of the date of docketing of this order Plaintiff shall submit the initial partial filing fee in the amount of $9.54.

2. Plaintiff's failure to respond to this order as directed may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 29th day of June 2010.

                                                  /s/ *Elizabeth M. Timothy*
                                                  **ELIZABETH M. TIMOTHY**
                                                  **UNITED STATES MAGISTRATE JUDGE**