IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DERRICK JORDAN,
    Plaintiff,

vs.                                             Case No. 5:10cv98/RS/EMT

UNKNOWN OFFICER, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court upon referral from the clerk.

    Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1). On May 6, 2010, this court entered an order giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $9.54 (Doc. 5). Plaintiff failed to pay the initial partial filing fee; therefore, on June 10, 2010, the court issued an order requiring Plaintiff to show cause, within twenty (20) days, why this action should not be dismissed for failure to comply with an order of the court (Doc. 7). Plaintiff filed a response to the order to show cause advising the court why he had been unable to pay the initial partial filing fee and stating that he would "send something" soon if he received money in his inmate bank account (Doc. 9). Therefore, on June 29, 2019, this court entered an order giving Plaintiff an additional thirty (30) days in which to pay the fee (Doc. 10). Plaintiff was informed that his failure to respond to the order as directed could result in a recommendation of dismissal of this action (*id.*).

    The time for compliance with the June 29, 2010, order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee or otherwise respond to the court's order.

    Accordingly, it is respectfully **RECOMMENDED**:

    That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an

order of the court.

At Pensacola, Florida, this 13th day of August 2010.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. **Any different deadline that may appear on the electronic docket is for the court's internal use only.** A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* **28 U.S.C. § 636;** United States v. Roberts**, 858 F.2d 698, 701 (11th Cir. 1988).**